===================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__    DISTRICT OF    __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:09-CV-00129 (LEK/RFT)

---

**TIMOTHY MAKAS,**

                             **Plaintiff,**

  -against-

**ERIC BENJAMIN; THE ULSTER
COUNTY SHERIFF; and THE ULSTER
COUNTY SHERIFF'S DEPARTMENT,**

                             **Defendants.**

---

    _____    JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    __XX__    DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated November 18, 2009.

DATE:   November 18 , 2009

**_LAWRENCE K. BAERMAN_**
CLERK OF THE COURT

*Scott A. Snyder* (signature)

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**